NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ZACKIA S. KING-ROBINSON,                )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D18-448
                                        )
CARL A. ANDERSON,                       )
                                        )
            Appellee.                   )
_____)


Opinion filed April 17, 2019.

Appeal from the Circuit Court for
Hillsborough County; Melissa M. Polo,
Judge.

Damien L. McKinney of McKinney Law
Firm, P.A., Tampa, for Appellant.

Henry G. Gyden of Gyden Law Group,
P.A., Tampa, for Appellee.


PER CURIAM.

            Affirmed.


CASANUEVA, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.